IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02119-BNB

CHARLES WILLIAM FLETCHER,

Applicant,

v.

STEVEN HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 0 2010

GREGORY C. LANGHAM
CLERK

_____

ORDER

_____

In response to the Court's directive, Respondents filed a Response to Applicant's

Reply on February 8, 2010, claiming that Mr. Fletcher failed to file a timely appeal of the

trial court's denial of his Colo. R. Crim. P. 35(c) postconviction motion, and therefore

defaulted the claims he raised in the motion. Mr. Fletcher replied to the Response,

arguing that he diligently pursued his Colo. R. Crim. P. 35(c) postconviction motion and

that his failure to file a timely appeal of the motion was because the trial court neglected

to inform him that it had denied the motion and not just the Rule 35(c) supplemental

addendum that he had filed.

Without knowing what claims Mr. Fletcher raised in the Rule 35(c) postconviction

motion that he filed with the trial court on February 19, 2008, and if the Rule 35(c)

supplemental addendum he filed on May 20, 2008, is related to the February 19 motion,

the Court is not able to determine whether Mr. Fletcher has diligently attempted to

exhaust all of the claims he raises in this action or whether the February 19 motion

remains pending in the trial court.

Therefore, Respondent is directed to provide copies of the Rule 35(c) postconviction motion that Mr. Fletcher filed with the trial court on February 19, 2008, and the Rule 35(c) supplemental addendum that Mr. Fletcher filed with the trial court on May 20, 2008. Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** Respondents shall provide to the Court copies of the documents identified above.

DATED March 10, 2010, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02119-BNB

Charles William Fletcher III
Prisoner No.  65848
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Christopher Y. Bosch
Assistant Attorney General
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on _3|0|10_____

                          GREGORY C. LANGHAM, CLERK


                    By: _____
                              Deputy Clerk