IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02119-WYD

CHARLES WILLIAM FLETCHER, III,

    Applicant,

v.

STEVEN HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Respondents' Motion for Extension of Time to Provide the Record [doc. #29], filed June 17, 2010, is **GRANTED** to and including **Wednesday, July 21, 2010.**

    Dated: June 17, 2010.