```
                                                              FILED
                                                    UNITED STATES DISTRICT COURT
                                                         DENVER, COLORADO
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO                    JAN - 9 2012
               Chief Judge Wiley Y. Daniel
                                                        GREGORY C. LANGHAM
                                                                CLERK
```

Civil Action No.   09-cv-02119-WYD

CHARLES WILLIAM FLETCHER III,

     Applicant,

vs.

STEVEN HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated:  January 9, 2012.

                                                         BY THE COURT:


                                                  s/ Wiley Y. Daniel
                                                  WILEY Y. DANIEL,
                                                  CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-02119 WYD

Arapahoe County District Court
Arapahoe County Justice Center
7325 S. Potomac St.
Centennial, CO 80112

Charles William Fletcher, III
# 65848
Colorado Territorial Correctional Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010

Christopher Yannis Bosch
**DELIVERED ELECTRONICALLY**

John Jacob Fuerst, III - Colorado Attorney General's Office - Appellate Section
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on __1/9/12__.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk